FILED
JUL - 2 2018
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOSERVICES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CERTIFIED AVIATION SERVICES, LLC, <br><br> Defendant. | Case No. 5:16-cv-01824-RSWL-SPx <br><br> District Judge: Ronald S.W. Lew <br> Magistrate Judge: Sheri Pym <br><br> **VERDICT FORM** <br><br> **REDACTED** |

In answering these questions, follow all of the instructions given in the Charge of Court.

///
///
///
///

WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:

## Infringement

1. Did EcoServices show by a preponderance of the evidence that Certified Aviation Services infringed Claim 1 of the '860 Patent?

**"Yes" is a finding for EcoServices. "No" is a finding for Certified Aviation Services:**

Claim 1: Yes __✓__ No _____

*If you answered Yes, please proceed to Question 2. If you answered No, please proceed to Question 4.*

2. Did EcoServices show by a preponderance of the evidence that Certified Aviation Services infringed Claim 2 of the '860 Patent?

**"Yes" is a finding for EcoServices. "No" is a finding for Certified Aviation Services:**

Claim 2: Yes __✓__ No _____

*If you answered Yes, please proceed to Question 3.*

3. Did EcoServices prove by a preponderance of the evidence that Certified Aviation Services's infringement of the '860 Patent was willful?

**"Yes" is a finding for EcoServices. "No" is a finding for Certified Aviation Services:**

Yes __✓__ No _____

*Please proceed to Question 4.*

4. Did EcoServices show by a preponderance of the evidence that Certified Aviation Services infringed Claim 1 of the '262 Patent?

**"Yes" is a finding for EcoServices. "No" is a finding for Certified Aviation Services:**

Claim 1: Yes ✓ No ____

*If you answered Yes, please proceed to Question 5. If you answered No, please proceed to Question 6.*

5. Did EcoServices show by a preponderance of the evidence that Certified Aviation Services infringed Claim 9 of the '262 Patent?

**"Yes" is a finding for EcoServices. "No" is a finding for Certified Aviation Services:**

Claim 9: Yes ✓ No ____

*Please proceed to Question 6.*

6. Did EcoServices show by a preponderance of the evidence that Certified Aviation Services infringed Claim 14 of the '262 Patent?

**"Yes" is a finding for EcoServices. "No" is a finding for Certified Aviation Services:**

Claim 14: Yes ✓ No ____

*Please proceed to Question 7.*

## Invalidity

7. Did Certified Aviation Services show by clear and convincing evidence that Claim 1 of the '262 Patent is invalid?

    Claim 1: Yes____ No ✓

*Please proceed to Question 8.*

8. Did Certified Aviation Services show by clear and convincing evidence that Claim 9 of the '262 Patent is invalid?

    Claim 9: Yes____ No ✓

*Please proceed to Question 9.*

9. Did Certified Aviation Services show by clear and convincing evidence that Claim 14 of the '262 Patent is invalid?

    Claim 14: Yes____ No ✓

*Please proceed to Question 10.*

**Damages**

Please respond to Question 10 if you find (1) the '860 Patent is infringed; or (2) the '262 Patent is infringed and not invalid. Otherwise, please skip question 10.

10. What sum of money do you find should be awarded to EcoServices to compensate it for any infringement you may have found of a valid, asserted claim or claims?

Answer: $ 1,949,600

Dated: July 2, 2018

FOREPERSON SIGNATURE REDACTED BY COURT

_____
Foreperson