# *EXHIBIT A*

# *EXHIBIT A*

```
                    UNITED STATES OF AMERICA
                  UNITED STATES DISTRICT COURT
                 CENTRAL DISTRICT OF CALIFORNIA
                         WESTERN DIVISION

                              - - -
                    HONORABLE RONALD S.W. LEW
              UNITED STATES DISTRICT JUDGE PRESIDING
                              - - -


     ECOSERVICES, LLC,                  )
                                        )
              PLAINTIFF,                )
                                        )
     VS.                                )   CASE NO:
                                        )   CV 16-01824-RSWL
     CERTIFIED AVIATION SERVICES,       )
     LLC,                               )
                                        )
              DEFENDANT.                )
     _____)




               REPORTER'S TRANSCRIPT OF PROCEEDINGS

                    THURSDAY, JUNE 28, 2018

                      LOS ANGELES, CALIFORNIA






                 LAURA MILLER ELIAS, CSR 10019
                 FEDERAL OFFICIAL COURT REPORTER
                 350 WEST 1ST STREET, ROOM 4455
                   LOS ANGELES, CALIFORNIA 90012
                       PH: (213) 894-0374
```

```
 1  recall that?
 2  A.  I don't recall exactly when it was filed.  That's about
 3  the time I heard about it, yes.
 4  Q.  Uh, you continue -- CAS continues to wash engines to
 5  date; correct?
 6  A.  Yes.
 7  Q.  And you haven't changed the way you washed those engines
 8  since you learned about the lawsuit.
 9  A.  No.
10  Q.  Correct?  Is that correct?
11  A.  That's correct, yes.
12  Q.  You also mentioned that you -- upon learning about the
13  lawsuit, you investigated; right?
14  A.  Yes.
15  Q.  Did you look at the patents?
16  A.  No.
17  Q.  Have you looked at the patents since?
18  A.  I have not independently looked at the patents, no.
19  Q.  Okay.  Thank you.  So let's focus about your CAS's
20  partnership with Lufthansa.  Okay?  That started in June of
21  2010; is that right?
22  A.  Well, I want to be careful.  Partnership is a legal
23  term.  This is not a legal partnership.  We have an agreement
24  with Lufthansa to provide services to them in exchange for
25  fees.
```

```
 1   A.   No.
 2   Q.   Did you look at any of these documents listed yourself
 3   to make sure they accurately described how the system worked?
 4   A.   No.
 5   Q.   And you are the CEO and the chairman of the company?
 6   A.   Yes.
 7   Q.   And you're no stranger to legal proceedings, are you,
 8   Mr. Lee?
 9   A.   No.
10   Q.   You've been deposed about twenty times?
11   A.   Yes.
12   Q.   Okay.  Does CAS have any issued patents covering the
13   Cyclean wash?
14   A.   No.
15   Q.   Does CAS pay any money to the Patent Office for any
16   intellectual property that it owns on the Cyclean system?
17   A.   No.
18   Q.   At this time, one more question.  You've been in this
19   courtroom for, I think, almost all of the proceedings in the
20   past few days; right?
21   A.   Yes.
22   Q.   Uh, there's somebody else who's been here.  I was
23   wondering if -- if you can identify him?  A gentleman by the
24   door?  You know him; right?
25   A.   Yes.
```

1  Q.  That's Mr. Mullen?
2  A.  Yes.
3  Q.  And he works for Lufthansa?
4  A.  Yes.
5           MR. SHAHIDA:  Thank you.
6           THE COURT:  Any redirect?
7           MR. BASKIN:  Yes, Your Honor, a few questions.
8                      REDIRECT EXAMINATION
9  BY MR. BASKIN:
10 Q.  Mr. Lee, a few questions.  Who designs and develops the
11 Cyclean system?
12 A.  It comes to us from Lufthansa.
13 Q.  All right.  The CAS LLC, are they involved in the design
14 or operation of the Cyclean system?
15 A.  Yeah, it operates the Cyclean system according to the
16 instructions it has, but it doesn't -- it did not have any
17 involvement with the design of it.
18 Q.  How about the development of the Cyclean system?
19 A.  No.
20 Q.  Are you aware Lufthansa Technik as the developer has any
21 patents themselves that cover the Cyclean system?
22 A.  I'm not aware.
23 Q.  They're not party to this case; right, Mr. Lee?
24 A.  No.
25 Q.  The times that you've been deposed, have you ever been

```
 1   out.  It's about a three-hour difference quite honestly
 2   between the Cyclean and the other types of washes.  Does that
 3   help?
 4   Q.   Yeah, thank you.  What type of feedback have you gotten
 5   from customers when you eliminated the post-wash run up?
 6   A.   From what I've heard, it's been a great success in the
 7   fact we're more environmentally friendly.  We don't have to
 8   do the run up.  In LAX, for instance, if you want to run the
 9   engine up, you can't do it at the gate.  You have to take the
10   airplane way out to the west to perform that engine run.  And
11   it's just as busy at 3:00 in the morning at LAX as it is at
12   5:00 p.m., and so it's a real mess getting the airplane out
13   there, running the engine and coming back.  So that's a big
14   help for our customers.
15            And the other thing, too, just adding that extra
16   man-hours on to the wash with taking the PS3 probe apart and
17   back.  It's just unneeded maintenance quite honestly.
18   Q.   Were you still president of CAS when the complaint in
19   this lawsuit was filed?
20   A.   Yes, ma'am.
21   Q.   Did you read the complaint when it was filed?
22   A.   Oh, my word, yes.
23   Q.   And what was reaction when you read it?
24   A.   Well, I was really, uh, I think, shocked is probably the
25   best word because, I mean, quite honestly, this equipment
```

1    that we're leasing, uh, we don't make it, and I have no idea
2    about anything other than just how to turn the thing on and
3    use it, and this big company is suing us because, uh, the
4    design of it, and quite honestly, it didn't have anything to
5    do with it uh, other than just operating it.
6              I mean, it was kinda like, uh, I was thinking,
7    gosh, if we lease Ford vans, would Chevy sue us because we
8    leased Ford vans?  I don't know.  Chevy and Ford having a
9    dispute, yes or no?  What do we do there, you know?  Um, so
10   it was really, uh, shocking for me.  I've never been involved
11   in anything like this so . . . still shocked, actually.
12             MS. KURLANCHEEK:  Thank you, Judge.
13             No further questions.
14             THE COURT:  Thank you.
15             This is a good time to break for lunch.  Let's have
16   our luncheon recess.  We'll return at 1:30.
17             THE CLERK:  All rise.
18                   (Jury not present.)
19             THE COURT:  You may step down.  You may step down.
20             Please take your seats.
21             How long is the cross-examination expected?
22             MR. PABIS:  About half hour or less.
23             THE COURT:  Thank you.  This is your last witness?
24             MR. PABIS:  Yes, Your Honor.
25             THE COURT:  You will have rested.

```
 1              MS. KURLANCHEEK:  Objection.  Hearsay.
 2              THE COURT:  Overruled.  Yes or no.
 3              THE WITNESS:  Are you asking me?  I don't work
 4    here.  Sir?
 5              THE COURT:  The question is to you.  I overruled
 6    the objection.  Is the answer yes or no?
 7              THE WITNESS:  Oh, I'm sorry.  Uh, I asked
 8    Mr. Oliver Winter --
 9              THE COURT:  Well, when he asks a question, answer
10    the question.
11              THE WITNESS:  Oh, okay.  Tell me the question
12    again, sir.
13    BY MR. PABIS:
14    Q.   Mr. Winter informed you that the Cyclean system uses the
15    Lechler 652 nozzle; right?
16    A.   Uh, yes, sir.
17    Q.   And you didn't ask him for any more specifics about
18    that; right?
19    A.   No, sir.  Cause actually --
20    Q.   That's fine.  Thank you.
21    A.   Yeah --
22    BY MR. PABIS:
23    Q.   I'm sorry.  You answered the question; right?
24              THE COURT:  He did.
25              MR. PABIS:  Thank you.
```

```
 1   Q.   Now, you said you were, um, shaken up when you learned
 2        about the lawsuit.  You remember that?
 3   A.   Yes, sir.
 4   Q.   And when you learned about the lawsuit and you were
 5        shook up, did you, uh, read the patents?
 6   A.   Uh, no.  I read the complaints that, uh, we had the 632,
 7        uh, Lechler spray nozzle and the other complaints.
 8   Q.   Okay.  But you didn't read the '860 patent; right?
 9   A.   Not at the time.
10   Q.   And you didn't read the '262 patent.
11   A.   Not at that time.
12   Q.   And CAS continued to sell Cyclean units after that;
13        right?
14   A.   We didn't sell any Cyclean units.  We did provide
15        service to Lufthansa.
16   Q.   Thank you for the clarification.  CAS continued to
17        perform Cyclean washes after you received the complaint;
18        right?
19   A.   That is correct.
20   Q.   And you didn't do any testing to determine whether or
21        not those Lechler nozzles that Mr. Winter told you about
22        might practice the claims of the patent; right?
23   A.   That's correct.
24   Q.   And you didn't do any testing to determine whether or
25        not CAS infringed either patent, did you?
```

```
 1   A.   That's correct.
 2   Q.   And you didn't order any of the nozzles that Mr. Winter
 3   told you about in order to examine them to see if there was
 4   possible infringement; right?
 5   A.   That's correct.  We did not order them.
 6   Q.   And you said, um, you felt like you bought a Ford truck
 7   and Chevy was suing you.  You remember that?
 8   A.   That's correct.
 9   Q.   Now, you weren't in here for Mr. Lee's testimony, were
10   you?
11   A.   No, sir.
12              MR. PABIS:  Thank you.  That's all I have.
13              THE COURT:  Any further redirect?
14              MS. KURLANCHEEK:  Brief redirect, Your Honor.
15                     REDIRECT EXAMINATION
16   BY MS. KURLANCHEEK:
17   Q.   Mr. Caban, when you were president of CAS, what
18   percentage of your responsibilities related to Cyclean?
19   A.   I wouldn't be able to put a number to it, but it's a
20   pretty small percentage.
21   Q.   The majority of your work was focused toward the other
22   two areas of Cyclean?
23   A.   That's correct.
24   Q.   That would be which areas?
25   A.   Line maintenance and go team.
```

```
1                    RECROSS-EXAMINATION
2    BY MR. PABIS:
3    Q.   Mr. Caban, Mr. Winter didn't specify those models
4    because you didn't ask; right?
5    A.   That's correct.  I was asking if we were using the 632,
6    yes or no.
7              MR. PABIS:  Okay.  Thank you.
8              THE COURT:  I don't know if it's your accent in the
9    question or the answer.  Are we talking about 652 or 632?
10             THE WITNESS:  Originally, the complaint was for a
11   632 and, uh, we don't use those.  I, uh, Oliver reported back
12   that it was a 652 series.
13             MS. KURLANCHEEK:  Nothing further for this witness.
14             MR. PABIS:  Nothing further, Your Honor.
15             THE COURT:  Thank you.  You may step down.
16             Is that the plaintiff's last witness?
17             MR. PABIS:  Yes, Your Honor.
18             THE COURT:  Aside from the exhibits that I will
19   take up with you, do you rest?
20             MR. PABIS:  Yes, Your Honor.
21             THE COURT:  Ladies and gentlemen of the jury, it's
22   a little bit awkward, a little bit early right now.  I'm
23   gonna take short a recess at this time to take up matters
24   with the counsel, and then we'll continue with the defense
25   portion of the case right after the recess.  Let's take about
```

```
 1
 2                    CERTIFICATE OF REPORTER
 3
 4   COUNTY OF LOS ANGELES      )
 5                              )  SS.
 6   STATE OF CALIFORNIA         )
 7
 8   I, LAURA ELIAS, OFFICIAL REPORTER, IN AND FOR THE UNITED
 9   STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA,
10   DO HEREBY CERTIFY THAT I REPORTED, STENOGRAPHICALLY, THE
11   FOREGOING PROCEEDINGS AT THE TIME AND PLACE HEREINBEFORE SET
12   FORTH; THAT THE SAME WAS THEREAFTER REDUCED TO TYPEWRITTEN
13   FORM BY MEANS OF COMPUTER-AIDED TRANSCRIPTION; AND I DO
14   FURTHER CERTIFY THAT THIS IS A TRUE AND CORRECT TRANSCRIPTION
15   OF MY STENOGRAPHIC NOTES.
16
17
18   DATE: JUNE 30, 2018 _____
19
20   _____ /s/ _____
21   LAURA MILLER ELIAS, CSR 10019
22   FEDERAL OFFICIAL COURT REPORTER
23
24
25
```