JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ECOSERVICES, LLC,<br><br>           Plaintiff,<br><br>    v.<br><br>CERTIFIED AVIATION<br>SERVICES, LLC,<br><br>           Defendant. | ED CV 16-01824-RSWL-SPx<br><br>**JUDGMENT** |

**WHEREAS,** on July 2, 2018, the jury returned a verdict in favor of Plaintiff EcoServices, LLC ("Plaintiff") finding that (1) Defendant Certified Aviation Services, LLC ("Defendant") infringed claims 1, 9, and 14 of U.S. Patent No. 9,162,262 (the "'262 Patent"); (2) claims 1, 9, and 14 of the '262 Patent are not invalid; and (3) Defendant willfully infringed claims 1 and 2 of the now-expired U.S. Patent No. 5,868,860 (the "'860 Patent"), by offering and

1

performing on-wing aircraft engine washing services using the Cyclean Engine Wash system;

**WHEREAS**, the jury returned a verdict in favor of Plaintiff in the amount of $1,949,600;

**WHEREAS**, on October 26, 2018 the Court (1) **DENIED** Defendant's Motion for Judgment of Ineligibility of the '262 Patent [271]; (2) **DENIED** Defendant's Motion for Judgment of Indefiniteness of the '860 Patent [273]; (3) **DENIED** Plaintiff's Motion for Permanent Injunction [275]; (4) **DENIED** Plaintiff's Motion for Attorneys' Fees [272]; and (5) **GRANTED** Plaintiff's Motion for Prejudgment Interest, Post-Judgment Interest, Supplemental Damages, and Costs [274];

**WHEREAS**, on October 26, 2018, the Court ordered the parties to meet and confer within sixty days to negotiate an ongoing royalty rate and propose a final judgment, the parties filed a joint Submission [295] on December 26, 2018; and on January 16, 2019, the Court accepted the negotiated ongoing post-verdict royalty rate of $400 per infringing wash;

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered as follows:

1. Defendant is found to have infringed claims 1, 9, and 14 of the '262 Patent.
2. Defendant is found to have willfully infringed claims 1 and 2 of the '860 Patent.
3. Claims 1, 9, and 14 of the '262 Patent are not invalid.

4. The Court awards damages for Defendant's infringement through the end of December 2017, in the amount of $1,949,600.
5. Because the jury's damages award did not include the time from January 2018 to the entry of the jury verdict on July 2, 2018, the Court further awards supplemental damages to Plaintiff in the amount of $125,600 for 314 engine washes at a $400 per wash rate.
6. Further, in accordance with the Court's October 26, 2018 Order, the parties have negotiated a royalty rate of $400 per wash as the reasonable royalty for infringing washes occurring after July 2, 2018.
7. Plaintiff is further entitled to pre-judgment interest at the rate of 7% simple interest per annum. Such interest shall apply to applicable royalties until the entry of judgment.
8. Upon entry of the instant judgment, Defendant shall provide Plaintiff a final accounting of the total number of washes performed from the time infringement began until the entry of this judgment so that the pre-judgment interest can be calculated.
9. Plaintiff is further entitled to post-judgment interest calculated in the manner set forth in 28 U.S.C. § 1961(a).
10. Plaintiff is entitled to statutory costs.

As no Defendants remain, the clerk shall close this matter.

**IT IS SO ORDERED.**

DATED: January 16, 2019  /s/ RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge