# UNITED STATES DISTRICT COURT

## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

ECOSERVICES, LLC

V.

Case Number: **5:16-cv-01824-RSWL-SPx**

CERTIFIED AVIATION SERVICES, LLC

Judgment was entered in this action on __1/16/2019__ / __297__ against CERTIFIED AVIATION SERVICES, LLC .
                                       Date          Docket No.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| | |
|---|---|
| Filing fees: see L.R. 54-3.1 ................................................................ | |
| Fees for service of process: see L.R. 54-3.2 ..................... *After conferring, the parties agreed to the amount indicated* | $163.50 ~~$4,561.84~~ |
| United States Marshal's fees: see L.R. 54-3.3 ................................................ | |
| Reporter's transcripts: see L.R. 54-3.4 ........... *After conferring, the parties agreed that this item could be withdrawn* | $0.00 ~~$14,720.52~~ |
| Depositions: see L.R. 54-3.5 ................ *After conferring, the parties agreed that costs for expediting, real time, and photocopying should be withdrawn. Pursuant to L.R. 54-3.5 costs for videography at a deposition are not taxable unless ordered by the Court before taking the deposition. No court order submitted to support videography costs. Accordingly, videography costs ($10,957.23) are not taxable.* | $26,301.96 ~~$56,399.07~~ |
| Witness fees (itemize on page 2): see L.R. 54-3.6 ................................................ | |
| Interpreter's and translator's fees: see L.R. 54-3.7 .... *Interpreter's fees ($3600) re-categorized from the deposition section. After conferring, the parties agreed that all other costs under this section are not taxable.* | $3,600.00 ~~$21,582.44~~ |
| Docket fees: see L.R. 54-3.8 ................................................................ | $0.00 ~~$216.00~~ |
| Masters, commissioners and receivers: see L.R. 54-3.9 ... *Other costs pursuant to L.R. 54-3.12 can only be taxed upon order of the Court. No order has been entered specifically allowing the items under this section. Accordingly these costs are not taxable.* | |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 ................... | $1,662.14 ~~$12,725.61~~ |
| Premiums on bonds and undertakings: see L.R. 54-3.11 ... *Database hosting charges not taxable pursuant to L.R. 54-3.10. Invoices submitted with the original application to tax costs, but not claimed on the original form CV-59 cannot be considered. For instance, a Keystone Document Discovery invoice for $12,666.92 was submitted with the original Application to tax costs, but plaintiff did not claim this amount anywhere on the original application to tax costs. These costs, and several others were not claimed until plaintiff filed a response to defendant's objection, well beyond the time limit for filing an application for tax costs. as outlined in L.R. 54-2.1* | |
| Other Costs: see L.R. 54-3.12 (attach court order) ...... | $0.00 ~~$49,788.61~~ |
| State Court costs: see L.R. 54-3.13 ........................ | |
| Costs on appeal: see L.R. 54-4 ................................................................ | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 ................................... | |
| **TOTAL** | $31,727.60 ~~$159,994.09~~ |

**NOTE: You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.**

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

☑ The Court's CM/ECF System

☐ Conventional service by first class mail

☐ Other _____

/s/ Natasha Daughtrey
Signature

Natasha Daughtrey
Print Name

Attorney for: Ecoservices, LLC

Costs are taxed in the amount of $31,727.60

Kiry Gray
Clerk of Court

By: _____
Deputy Clerk

April 17, 2019
Date

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL | | |

**WITNESS FEES (computation,** *see* **28 U.S.C. § 1821 for statutory fees)**